UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHANE A. CARTER, a/k/a )
SHANE A. BEAN, )
)
    Plaintiff, )
)
v. ) No. 3:11-00437
) JUDGE HAYNES
)
QBE FIRST INSURANCE AGENCY, INC., )
et al., )
)
    Defendants. )

# ORDER

The Court has been advised by counsel that all matters and things in controversy in this action have been compromised and settled.

Accordingly, this action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 19th day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge