UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Shane A. Carter | ) |
| | ) |
| | )     Case No.: 3:11cv437 |
| v. | )     Judge Haynes |
| | ) |
| QBE First Insurance Agency, Inc., et al. | ) |
| | ) |

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 19, 2011.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk